O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY THOMAS WILLIAMS, ) | CASE NO. CV 14-00680 RZ |
| Plaintiff, ) | |
| ) | JUDGMENT OF REMAND |
| vs. ) | |
| CAROLYN W. COLVIN, ) Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: January 15, 2015

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE